UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLE S. DARLEY,<br><br>          Plaintiff,<br><br>    v.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON (erroneously sued as JOHNSON & JOHNSON, INC.); and DOES 1 through 20 INCLUSIVE,<br><br>          Defendants. | Case No. 2:13-CV-00721-MCE-CMK<br><br>**SUPPLEMENTAL PRETRIAL SCHEDULING ORDER** |

After reviewing the Defendants' OBJECTION TO AUGUST 27, 2013 PRETRIAL SCHEDULING ORDER, OR IN THE ALTERNATIVE, MOTION TO EXTEND DEADLINE BY WHICH THE PARTIES MUST OBJECT TO THE SCHEDULING ORDER (ECF No. 12.), the Court hereby DENIES an extension in time within which any party may object to the current scheduling order such that objections will be due in ninety (90) days from the date this order is signed. The Court's August 28, 2013 Pretrial Scheduling Order will remain in effect. (ECF No. 1.)

IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT