1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLE S. DARLEY,

          Plaintiff,

    v.

DEPUY ORTHOPAEDICS, INC.; DEPUY
SYNTHES SALES, INC.; JOHNSON &
JOHNSON SERVICES, INC.; JOHNSON
& JOHNSON (erroneously sued as
JOHNSON & JOHNSON, INC.); and
DOES 1 through 20 INCLUSIVE,

          Defendants.

Case No. 2:13-CV-00721-MCE-CMK

**SUPPLEMENTAL PRETRIAL
SCHEDULING ORDER**

After reviewing the Defendants' OBJECTION TO AUGUST 27, 2013 PRETRIAL

SCHEDULING ORDER, OR IN THE ALTERNATIVE, MOTION TO EXTEND DEADLINE

BY WHICH THE PARTIES MUST OBJECT TO THE SCHEDULING ORDER (ECF No. 12.),

the Court hereby DENIES an extension in time within which any party may object to the current

scheduling order such that objections will be due in ninety (90) days from the date this order is

signed.  The Court's August 28, 2013 Pretrial Scheduling Order will remain in effect.  (ECF

No. 1.)

    IT IS SO ORDERED.

Dated:  September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO