**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE:   (530) 242-8800    FAX:   (530) 242-8900

1

2

3   Stewart C. Altemus (State Bar No. 98746)

4   Attorney for Plaintiff

5   MICHELLE A. CHILDERS (SBN 197064)
    michelle.childers@dbr.com
6   SANJEET S. GANJAM (SBN 285615)
    Sanjeet.Ganjam@dbr.com
7   Drinker, Biddle & Realth, LLP
    50 Fremont Street, 20th Floor
8   San Francisco, CA 94105-2235
    Telephone:   (415) 591-7500
9   Facsimile:   (415) 591-7510

10  Attorneys for Defendants
    DEPUY ORTHOPAEDICS,INC.; DEPUY
11  SYNTHES SALES, INC.; JOHNSON & JOHNSON
    SERVICES, INC.; and JOHNSON & JOHNSON
12  (erroneously sued as JOHNSON & JOHNSON, INC.).

13

14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE EASTERN DISTRICT OF CALIFORNIA

17  KELLE DARLEY,                          Case No.   2:13-cv-00721-MCE-CMK

18           Plaintiff,                    *AMENDED*
                                           STIPULATION TO CONTINUE
19  vs.                                    HEARING ON DEFENDANTS'
                                           MOTION FOR SUMMARY
20  DEPUY ORTHOPAEDICS, INC.;              JUDGMENT; ORDER THEREON
    DEPUY SYNTHES SALES, INC;
21  JOHNSON & JOHNSON SERVICES,            Date:      June 26 2014
    INC.;                                  Time:      2:00 p.m.
22  JOHNSON & JOHNSON, INC.;               Ctroom:    7
    DOES 1 THROUGH 20, INCLUSIVE.          Judge:   Morrison C. England, Jr.
23
             Defendants.                   Complaint:   March 7, 2013
24                                         Removed:     April 12, 2013

25

26

27                                                                          1

Amended Stipulation & Proposed Order

1    IT IS HEREBY STIPULATED by and between the Parties hereto that the hearing on

2   Defendants' Motion for Summary Judgment ("MSJ") (Dkt. No. 20-21), presently scheduled to be

3   heard on June 26, 2014 at 2:00 p.m., be continued to August 7, 2014 at 2:00 p.m. in Courtroom 7.

4   The grounds for the requested continuance are as follows:

5    This is a complex product liability matter.   Per this Court's Pretrial Scheduling Order

6   (Dkt. No. 11), the last day for dispositive motions to be heard is December 18, 2014. Defendants

7   have filed a dispositive motion on the grounds that Plaintiff's claims are preempted.

8    Plaintiff asserts that the deposition of Kathy G. Harris, whose declaration was filed in

9   support of Defendants' MSJ, is necessary to oppose Defendants' MSJ. Ms. Harris' deposition

10   will need to be taken out-of-state. The Parties have not been able to schedule the deposition such

11   that certified transcripts would be available prior to when Plaintiff's Opposition to Defendants'

12   MSJ would be due (five weeks prior to the noticed hearing date). Plaintiff will require

13   certification from the deponent and an errata sheet, if needed. Plaintiff may need to cite to this

14   deposition in his Opposition to Defendants' MSJ.

15    According to Defendants, verification that the product at issue was approved through the

16   PMA process is sufficient for this court to grant summary judgment. *Smith v. DePuy*

17   *Orthopaedics Inc.*, 2014 U.S. App. LEXIS 718 (3d Cir. Jan. 7, 2014) (In a non-binding decision

18   involving the RP Knee, a Third Circuit panel affirmed preemption in favor of DePuy and noted

19   that "many PMA preemption motions are decided without any discovery"). However, in order to

20   accommodate the deposition demanded by Plaintiff on a date mutually acceptable to both parties,

21   Defendants are agreeable to a continuance.

22    Accordingly, the Parties hereby request that the hearing be continued to August 7, 2014 at

23   2:00 p.m. to allow the Parties sufficient time to conduct the Harris deposition, and to allow

24   Plaintiff to timely file his Opposition to Defendants' MSJ.

25    Dated:   May 22, 2014.          ALTEMUS & WAGNER

26             /s/ Stewart C. Altemus
               Attorney for Plaintiff

27

1

2

3

4        Dated:   May 22, 2014.        DRINKER, BIDDLE & REALTH, LLP

5                                     /s/ Michelle A. Childers
   /s/ Sanjeet S. Ganjam

6                                     Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; DEPUY
   SYNTHES SALES, INC.; JOHNSON &

7                                     JOHNSON SERVICES, INC.; and JOHNSON
   & JOHNSON (erroneously sued as JOHNSON

8                                     & JOHNSON, INC.)

9

10                                  **ORDER**

11       Pursuant to Stipulation of the Parties and good cause appearing therefore,

12       IT IS HEREBY ORDERED that the Defendants' hearing on their Motion for Summary

13  Judgment be and is hereby continued from June 26, 2014 to **August 7, 2014 at 2:00 p.m. in**

14  **Courtroom 7.**

15  Dated:   June 24, 2014

16

17                                  _____

18                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

Amended Stipulation & Proposed Order